Ronald Dewayne BRATT, Appellant,

v.

The STATE of Texas, Appellee.

No. 40723.

Court of Criminal Appeals of Texas.

Jan. 3, 1968.

Jose Esquivel ESTRADA, Appellant,

v.

The STATE of Texas, Appellee.

No. 40837.

Court of Criminal Appeals of Texas.

Jan. 3, 1968.

Herbert Green, Jr., Dallas (on appeal), for appellant.

Henry Wade, Dist. Atty., William S. Mason, Jr., and Michael M. Blend, Asst. Dist. Attys., Dallas, Leon B. Douglas, State's Atty., Austin, for the State.

OPINION
ON APPELLANT'S MOTION FOR REHEARING

BELCHER, Judge.

The prior opinion is withdrawn.

On original submission the absence of a sentence in the record was overlooked.

In the absence of a sentence, this court is without jurisdiction to entertain the appeal.   Marcom v. State, 387 S.W.2d 386.

The appellant's motion for rehearing is granted, the opinion affirming the conviction is set aside, and the appeal is dismissed.